IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANE C. BUTZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 1:25-cv-05736-JPB |
| ) | |
| HYPERSPHERE TECHNOLOGIES, ) | |
| INC., JAMES DECESARE AND ) | |
| TODD MILLER, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' WITHDRAWAL OF MOTION

Defendants HyperSphere Technologies, Inc., James DeCesare, and Todd Miller (collectively, "Defendants"), due to potential issues with service of the original filed Motion, hereby withdraw their Motion for Rule 11 Sanctions filed as Doc. 18 on October 7, 2025.

Respectfully submitted this 21st day of October, 2025.

                                              s/*Steven M. Kushner*
                                              Steven M. Kushner
                                              Georgia Bar No. 430510
                                              Fellows LaBriola LLP
                                              233 Peachtree Street, N.E.
                                              Suite 2400
                                              Atlanta, Georgia 30306
                                              (404) 586-9200
                                              (skushner@fellab.com)

                                              *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and accurate copy of the foregoing upon counsel for Plaintiff by U.S. Mail, with sufficient postage thereon to ensure delivery, and addressed as follows:

> John M. Skeriotis, Esq.
> Sergey Venyuk, Esq.
> Emerson, Thomson & Bennett, LLC
> 1914 Akron-Peninsula Rd.
> Akron, OH  44313

This 21st day of October, 2025.

*s/Steven M. Kushner*
Steven M. Kushner
