UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANE C. BUTZER,<br><br>Plaintiff,<br><br>v.<br><br>HYPERSPHERE TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:25-CV-05736-JPB |

**SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 28], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. This case is assigned to a four-month discovery track. The discovery period commences thirty days after the appearance of the first defendant by answer to the complaint. The Court expects the parties to complete both fact and expert discovery during this time period.

2. Dispositive motions shall be filed no later than thirty days following the close of discovery.

**SO ORDERED** this 31st day of October, 2025.

**J. P. BOULEE**
United States District Judge